

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

December 23, 2020

> The requested extension of time until **March 1, 2021** to file the administrative record is GRANTED. The Clerk of Court is directed to close the Motion at ECF No. 10.
>
> SO ORDERED   12/28/2020
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

BY ECF

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10601

    Re:  Amber Bass v. Comm'r of Soc. Sec.
          20 Civ. 7218 (VSB) (SLC)

Dear Judge Cave:

    Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on December 31, 2020. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until March 1, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic. No prior adjournment has been requested in this matter. We appreciate the Court's consideration of this request.

          Respectfully,

          AUDREY STRAUSS
          Acting United States Attorney

    By:      s/ *Susan D. Baird*
          SUSAN D. BAIRD
          Assistant United States Attorney
          tel. (212) 637-2713
          Susan.Baird@usdoj.gov

cc: Josephine Gottesman, Esq.